UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:24-cr-1-SPC-KCD

DANIEL CARSON MILLER

### ORDER

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 77). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in the following assets, which were seized from the defendant on or about December 19, 2023:

a) Samsung Galaxy A11 Model SM-A115A2, Serial Number R95R1009TSNL;

b) Black Toshiba Satellite Laptop, Serial Number: YE073374U with charger;

c) Samsung A10e cell phone, IMEI: 356274100268409 with case, Model SM-A102U;

d) Samsung Galaxy A6 cell phone, IMEI: 352065100553244, Model SM- A600AZ; and

e) Samsung Galaxy Grand Prime Phone, IMEI: 359130/06/129783/6, Model SM-G530T1.

*See* 18 U.S.C. §§ 1467, 2253, and 2428; Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the above assets to the adjudicated

offenses. The Court thus finds the United States is entitled to possession of the above assets.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 77) is **GRANTED**.

1. Defendant's interests in the following assets are **CONDEMNED** and **FORFEITED** to the United States for disposition per 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2):

    a) Samsung Galaxy A11 Model SM-A115A2, Serial Number R95R1009TSNL;

    b) Black Toshiba Satellite Laptop, Serial Number: YE073374U with charger;

    c) Samsung A10e cell phone, IMEI: 356274100268409 with case, Model SM-A102U;

    d) Samsung Galaxy A6 cell phone, IMEI: 352065100553244, Model SM- A600AZ; and

    e) Samsung Galaxy Grand Prime Phone, IMEI: 359130/06/129783/6, Model SM-G530T1.

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

3

**DONE AND ORDERED** in Fort Myers, Florida on November 26, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record