UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-1-SPC-KCD

DANIEL CARSON MILLER

# FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 109). The Government seeks to have forfeited the below assets (hereinafter "Assets"), which were subject to a November 26, 2024 Preliminary Order of Forfeiture (Doc. 82):

1. Samsung Galaxy A11 Model SM-A115A2, Serial Number R95R1009TSNL;

2. Black Toshiba Satellite Laptop, Serial Number: YE073374U with charger;

3. Samsung A10e cell phone, IMEI: 356274100268409 with case, Model SM-A102U;

4. Samsung Galaxy A6 cell phone, IMEI: 352065100553244, Model SM- A600AZ; and

5. Samsung Galaxy Grand Prime Phone, IMEI: 359130/06/129783/6, Model SM-G530T1.

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title and interest in the Assets shall be forfeited to the

Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 109) is **GRANTED.**

1. Defendant's interest in the Assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rules of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on February 24, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record